UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
G&G Closed Circuit Events, LLC,                    DEFAULT JUDGMENT (proposed)

                  Plaintiff,
     - against -                                          Case No.: 7:20-cv-07388-KMK

Nelly R. Llanos, individually and d/b/a El Tumi
Peruvian Restaurant; and Restaurant Polleria El
Tumi, Inc., an unknown business entity
d/b/a El Tumi Peruvian Restaurant

                 Defendant(s).
-------------------------------------------------------------------X

     This action having been commenced on September 10, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Nelly R. Llanos, individually and d/b/a El Tumi Peruvian Restaurant on November 23, 2020. Service was accepted by Caroline Llanos (Daughter) and proof of service was therefore filed on December 4, 2020 [Doc. #8]; upon Restaurant Polleria El Tumi, Inc., an unknown business entity d/b/a El Tumi Peruvian Restaurant on November 20, 2020. Service was accepted by Colleen Banahan, Office Assistant 2, NYS Dept. of State. Document and proof of service was therefore filed on December 4, 2020 [Doc. #7] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $ __7,500__ ~~with interest at xxxxxx% from xxxxxxxxxx~~ plus costs and disbursements of this action in the amount of ~~$1,247.36 amounting in all to $xxxxx xxxxxxxxx~~ $597.36, as discussed in the Court's Order bearing the same date.

Dated: ~~New York, New York~~ White Plains, New York
                                April 22, 2021

                                                                            SO ORDERED

                                                                  KENNETH M. KARAS U.S.D.J.